■ In the Matter of the Claim of JOHN M. KIERNAN, Appellant. PHILIP Ross, as Industrial Commissioner, Respondent.—Decision affirmed, without costs (see *Matter of Simko [Levine]*, 50 AD2d 1004). Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Herlihy, JJ., concur.